UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELGIN TRAMMELL,　　　　　　　　　　　　No. C 09-2352 MHP (pr)

　　　　Petitioner,　　　　　　　　　　　　**ORDER OF TRANSFER**

　　v.

WARDEN, CSATF STATE PRISON,

　　　　Respondent.
_____/

　　　　Elgin Trammell has filed a petition for writ of habeas corpus to challenge his conviction from the Los Angeles County Superior Court. Los Angeles County lies within the venue of the Central District of California. Trammell is currently incarcerated at a prison in Corcoran, in Kings County, which is within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction is preferably heard in the district of conviction. Habeas L.R. 2254-3(b). Because the conviction occurred in the Central District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interest of justice, this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter forthwith.

　　　　IT IS SO ORDERED.

DATED: June 4, 2009

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Marilyn Hall Patel
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge