FILED
CLERK, U.S. DISTRICT COURT

JUL 31 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELGIN TRAMMELL, ) | Case No. CV 09-4195-AG(AJW) |
|     Petitioner, ) | |
| v. ) | [PROPOSED] JUDGMENT |
| Warden, ) | |
|     Respondent. ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: July 31, 2009

Andrew J. Guilford
United States District Judge